IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHARLES MICHAEL SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:11-cv-00045 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANVILLE POLICE DEPT., OFFICER ROBBIE PAYNE, S. OAMAR, and SPEED WAY MART, | ) ) ) | By: Hon. Jackson L. Kiser   Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

Before me is Defendant Danville Police Dept.'s ("DPD") and Defendant Officer Robbie Payne's ("Payne") Motion to Dismiss ("the Motion") [ECF No. 23]. For the reasons stated in the accompanying Memorandum Opinion, I will **GRANT** the Motion and **DISMISS** DPD and Payne from this action. Pursuant to Rule 12, however, dismissing the government entities divests this Court of jurisdiction over the remaining parties. Therefore, I will also **DISMISS** Defendants Qamar and Speed Way Mart, and **DISMISS** this action in its entirety. All other pending motions are likewise **DISMISSED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to all *pro se* parties.

Entered this 8th day of May, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE